# United States District Court
# For The Western District of North Carolina
# Asheville Division

VENTURA GARCIA OLVERA,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            1:06cv207-01-MU

UNITED STATES MARSHAL SERVICE
and McDOWELL COUNTY JAIL,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 17, 2006 Order.

                                                  FRANK G. JOHNS, CLERK

July 17, 2006

                                      BY: s/Elizabeth J. Barton
                                                Elizabeth Barton, Deputy Clerk